IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANTON S. KREMSKY | : CIVIL ACTION |
| | : |
| v. | : NO. 16-4474 |
| | : |
| KENNETH F. KREMSKY | : |

## ORDER

**AND NOW**, this 9th day of December 2016, upon review of our October 5, 2016 Order (ECF Doc. No. 14) and Plaintiff's uncontested Motion to extend discovery, settlement conference and dispositive motion deadlines (ECF Doc. No. 22), it is **ORDERED** Plaintiff's uncontested Motion (ECF Doc. No. 22) is **GRANTED** and we prospectively **amend** our October 5, 2016 Order (ECF Doc. No. 14) at Paragraphs 4, 6 and 9:

1. All fact and expert discovery shall be served, noticed and completed by **January 16, 2017**.[1]

2. Plaintiff's counsel will immediately contact Magistrate Judge Heffley to reschedule the settlement conference, if possible, to occur on or before **January 20, 2017** but if not possible, the settlement conference shall proceed as scheduled.

3. Summary judgment and *Daubert* motions, if any, shall be filed no later than **February 1, 2017** with responses due no later than **February 13, 2017.**

4. All other obligations in our October 5, 2016 Order (ECF Doc. No. 14) remain in effect.

KEARNEY, J.

---

[1] Should *both* parties wish to extend any *discovery* deadlines (fact and/or expert) *without extending any other deadlines* (including the settlement conference) in this Order, the parties may agree to do so without seeking leave of the Court.