IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STANTON S. KREMSKY | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-4474 |
| KENNETH F. KREMSKY | : |

## ORDER

**AND NOW**, this 17th day of February 2017, upon consideration of Defendant's Motion *in limine* to preclude Brad Ryden's testimony based upon his December 30, 2016 disclosures under *Daubert* (ECF Doc. No. 38), Plaintiff's Response (ECF Doc. No. 55) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 38) is **GRANTED in part** and Plaintiff may not adduce testimony from Brad Ryden as to Defendant's motives, "Fraud Triangle" or partial calculations but Mr. Ryden may read from financial records described in his December 30, 2016 disclosures subject to cross examination without opining as to their import or affect upon Plaintiff's claims against Defendant.

KEARNEY, J.