IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STANTON S. KREMSKY | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 16-4474 |
| | : | |
| KENNETH F. KREMSKY | : | |

## ORDER

**AND NOW**, this 21st day of November 2017, upon considering Defendant's Motion for judgment or new trial (ECF Doc. No. 98) with supplemental Memorandum (ECF Doc. No. 131), Plaintiff's Opposition (ECF Doc. No. 138), Defendant's Reply (ECF Doc. No. 139) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 98) is **DENIED**.

_____
KEARNEY, J.